UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**KIMBERLY E. KING,**

    Petitioner,

    v.      Case No. 24-CV-1630-SCD

**STATE OF WISCONSIN, JOHNATHAN RICHARDS, MARISABEL CABRERA, THOMAS HASLE, KEVIN CLANCY, SAO YANG, ASHLEY NAVON, COLLEEN CULLEN, EMILY BELL, MATT PLUMMER, ALLISON RITTER,** and **J.P. STADTMUELLER,**

    Respondents.

## ORDER GRANTING PETITIONER'S MOTION TO DISMISS

On December 17, 2024, Kimberly King filed a petition for a writ of mandamus in federal court seeking to compel the dismissal of state criminal charges for the alleged violation of her constitutional right to a speedy trial. *See* ECF No. 1. On February 6, 2025, King moved to dismiss the petition as moot because she was acquitted of all charges in state court. *See* ECF No. 15. Because there is no longer a justiciable controversy or potential harm requiring court intervention, the court **GRANTS** the petitioner's motion to dismiss writ of mandamus, ECF No. 15, and **DENIES as moot** all other pending motions, ECF Nos. 2, 6. The report and recommendation, ECF No. 17, is **withdrawn** as it is mooted by the motion to dismiss.

**SO ORDERED** this 12th day of February, 2025.

_____
STEPHEN C. DRIES
United States Magistrate Judge